LAW OFFICES OF TARSHA C. SMITH
P.O. BOX 779
PATCHOGUE, NEW YORK 11772
(631) 447-8151

May 22, 2018

Via ECF
MAGISTRATE JUDGE SANKET J. BULSARA
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

      RE:          DEBORAH SELTZER v. COACH U.S.A. INC.  et al.

      Index No.:    17-04447

           Subject:      Request for Adjournment of Conference Scheduled for June 21, 2018 to July 19 at noon

Dear Magistrate Judge Bulsara:

This firm represents Plaintiff Deborah Seltzer in the above-referenced action. This matter is on for conference, June 21, 2018.   We are writing to respectfully request an adjournment of the above-captioned matter to either July 19, 2018, at noon.  This office contacted chambers on or about May 10th regarding available dates and was given either July 19 or July 20th at noon. Adam Silverstone, counsel to Majesty Coach and Tours Inc. consented to the change and was available.  Daniel Lust, counsel to Coach USA, Inc. consented and was available.  This office requests an adjournment because I will be out of town from June 17th to June 22nd  at a conference.

WHEREFORE, Plaintiffs requests an adjournment to July 19th at noon.

Respectfully submitted,

/s/

Tarsha C. Smith, Esq.

tarshasmith@optonline.net
cc:

Adam H. Silverstone, Esq. and
Amy E. Bedell, Esq.
Lewis Johs Avallone Aviles, LLP
Attorneys for Majesty Coach
Via ECF


John Hsu, Esq.
Daniel Lust, Esq.
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Coach USA, Inc.
Via ECF